

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAUL PINEDA MARTINEZ,

              Petitioner,

    v.

MARKWAYNE MULLIN,[1] ET AL.,

              Respondents.

Case No. 5:25-cv-03371-HDV-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  On May 31, 2026, Petitioner filed a Notice of Supplemental Evidence in Support of the Report and Recommendation.  (Dkt. 23.)  On June 1, 2026, Respondents filed Objections to the Report and Recommendation.  (Dkt. 24.)  The Court has conducted a *de novo* review of those portions of the Report and Recommendation to which Respondents objected.  However, Respondents' Objections do not cause the Court to alter or modify the Report and Recommendation.  Accordingly, the

---

[1] Markwayne Mullin is substituted for Kristi Noem pursuant to Federal Rule of Civil Procedure 25(d).

Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED.  Respondents shall restore the terms of Petitioner Raul Pineda Martinez's (A# 200-707-444) bond and conditions of release to those set forth by the Immigration Judge on July 28, 2010.  Before revoking Petitioner's bond, Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  Before increasing the amount or conditions of Petitioner's bond, Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that there is a material change of circumstances that require the increased conditions or amount.  Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).  Respondents shall place a copy of the Judgment in Petitioner's A-File.  Respondents shall file a notice of compliance within twenty-four hours of the entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 06/12/26

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

2