JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RAUL PINEDA MARTINEZ,

          Petitioner,

  v.

MARKWAYNE MULLIN,[1] ET AL.,

          Respondents.

Case No. 5:25-cv-03371-HDV-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents shall restore the terms of Petitioner Raul Pineda Martinez's (A# 200-707-444) bond and conditions of release to those set forth by the Immigration Judge on July 28, 2010.  Before revoking Petitioner's bond, Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that

---

[1] Markwayne Mullin is substituted for Kristi Noem pursuant to Federal Rule of Civil Procedure 25(d).

Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  Before increasing the amount or conditions of Petitioner's bond, Respondents must provide Petitioner with at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that there is a material change of circumstances that require the increased conditions or amount.  Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).  Respondents shall place a copy of this Judgment in Petitioner's A-File.  Respondents shall file a notice of compliance within twenty-four hours.

DATED: 06/12/26

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE